JUDGE PATTERSON

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Urban Radio I, L.L.C.<br>3 Park Avenue, 40th Floor<br>New York, NY 10016<br><br>    Plaintiff,<br><br>vs.<br><br>Federal Communications Commission<br>Room 8-A471<br>445 12th Street, SW<br>Washington, DC 20554<br><br>    Defendant. | **RULE 7.1 STATEMENT** |

RECEIVED JUN 0 5 2008 U.S.D.C. S.D. N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Urban Radio I, L.L.C. ("Urban Radio I") states that Urban Radio I is a privately held company, wholly-owned by Urban Radio, L.L.C. ("Urban"). Urban is wholly owned by ICBC Broadcast Holdings, Inc. ("Holdings"). Holdings is wholly owned by Inner City Media Corporation ("Media"). All of the voting stock of Media is wholly owned by Inner City Broadcasting Corporation ("Inner City"). All of the stock of Inner City is owned and/or controlled by private citizens.

Dated: New York, New York
       June 5, 2008

                                     HOLLAND & KNIGHT LLP

                                     By _____
                                          Corrine A. Irish (ci1106)
                                          195 Broadway
                                          New York, New York 10007
                                          (212) 513-3200

                                          Attorneys for Plaintiff
                                          URBAN RADIO I, L.L.C.