Urban Radio I, L.L.C., et. al., Plaintiff(s)
vs.
FCC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  090180-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Federal Communications Commission
Court Case No. 08 cv. 5176 (Judge Patterson)

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
195 Broadway, 24th Floor
New York, NY 10007

State of: District of Columbia) ss.
County of: Washington )

**Name of Server:** Melvin M. Shapiro, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 10th day of June, 20 08, at 11:45 o'clock AM

**Place of Service:** at Room 8-A471 445 12th Street, in Washington, DC 20554

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Federal Communications Commission

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Ashley Bennett, General Counsel

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color black ; Hair Color black ; Facial Hair
Approx. Age 32 ; Approx. Height 5'6" ; Approx. Weight 145

X  To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 12th day of June, 20 08

Notary Public    (Commission Expires)

APS International, Ltd.

Nicole G. Davis
Notary Public, District of Columbia
My Commission Expires 01-14-2009

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Urban Radio I, L.L.C.

V.

Federal Communications Commission

SUMMONS IN A CIVIL ACTION

JUDGE PATTERSON

CASE NUMBER: 08 CV 5176

TO: (Name and address of Defendant)

Federal Communications Commission
Room 8-A471
445 12th Street, SW
Washington, DC 20554

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Corrine Irish
Holland & Knight
195 Broadway, 24th fl
New York, NY 10007

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                            JUN 0 5 2008

_____                              _____
CLERK  Catherine Lapsley                                       DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  06/10/08 at 11:45 am |
| NAME OF SERVER *(PRINT)*  Melvin M. Shapiro | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   By serving Ashley Bennett, General Counsel, authorized to accept. Service was completed at 445 12th Street, Room 8-A471, Washington, DC 20554.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   06/11/08
              Date                    Signature of Server

                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern          District of          New York

Urban Radio I, L.L.C.

V.

Federal Communications Commission

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CV 5176

JUDGE PATTERSON

TO: (Name and address of Defendant)

U.S. Attorney for the Southern District of New York
Civil Division
86 Chamber Street, 3rd Floor
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Corrine Irish
Holland & Knight
195 Broadway, 24th fl
New York, NY 10007

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 0 5 2008

CLERK                                              DATE

_Catherine Lapsley_

(By) DEPUTY CLERK

AO 40 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/6/2008 |
| NAME OF SERVER *(PRINT)* RUDY D. GREEN | TITLE MANAGING CLERK |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
UPON MS. A. CHARLES, 86 CHAMBERS ST., 3RD FLOOR NY, NY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/6/2008
           Date                    Signature of Server

HOLLAND + KNIGHT LLP
*Address of Server*
195 BROADWAY
NEW YORK, NY 10007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern          District of          New York

Urban Radio I, L.L.C.

V.

Federal Communications Commission

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CV 5176

JUDGE PATTERSON

TO: (Name and address of Defendant)

U.S. Attorney for the Southern District of New York
Civil Division
86 Chamber Street, 3rd Floor
New York, NY 10007



COPY RECEIVED
JUN 0 6 2008
U.S. ATTORNEY'S SDNY
A. Charles

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Corrine Irish
Holland & Knight
195 Broadway, 24th fl
New York, NY 10007

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 0 5 2008

CLERK                                    DATE

_Catherine Lapsley_

(By) DEPUTY CLERK

Urban Radio 1, L.L.C., et. al., Plaintiff(s)
vs.
FCC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 090180-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--U.S. Attorney General
Court Case No. 08 cv. 5176 (Judge Patterson)

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
195 Broadway, 24th Floor
New York, NY 10007

State of: District of Columbia ) ss.
County of: Washington )

| | |
|---|---|
| Name of Server: | Melvin M. Shapiro, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the 10th day of June, 20 08, at 12:05 o'clock p M |
| Place of Service: | at 950 Pennsylvania Ave, N.W., in Washington, DC 20530 |
| Documents Served: | the undersigned served the documents described as: **Summons and Complaint** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **U.S. Attorney General** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: Donna Monroe, General Clerk II |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex F ; Skin Color black ; Hair Color black ; Facial Hair n/a  Approx. Age 42 ; Approx. Height 5'6" ; Approx. Weight 155  [X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct.   Signature of Server | Subscribed and sworn to before me this 11th day of June, 20 08   Notary Public (Commission Expires) |

**APS International, Ltd.**

Nicole G. Davis
Notary Public, District of Columbia
My Commission Expires 01-14-2009

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Urban Radio I, L.L.C.

V.

Federal Communications Commission

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 5176

JUDGE PATTERSON

TO: (Name and address of Defendant)

U.S. Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Corrine Irish
Holland & Knight
195 Broadway, 24th fl
New York, NY 10007

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                           JUN 0 5 2008

CLERK                                                                       DATE

_Corrine Lapsley_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date                      *Signature of Server*

                                   _____
                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.