

U.S. Department of Justice

United States Attorney
Southern District of New York

## MEMO ENDORSED

86 Chambers Street
New York, New York 10007

RECEIVED
JUL - 3 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

July 3, 2008

**BY FACSIMILE**
The Honorable Robert P. Patterson, Jr.
United States District Judge
United States Courthouse
500 Pearl Street, Suite 2550
New York, New York 10007

Re: <u>Urban Radio I, LLC v. FCC</u>, 08 Civ. 5176 (RPP)

Dear Judge Patterson:

This Office represents defendant Federal Communications Commission ("FCC") in the above-referenced case brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I write respectfully to request a 30-day extension of time, from July 7, 2008, until August 4, 2008, to respond to plaintiff's complaint in this case.

The undersigned counsel requires additional time to obtain agency information regarding the two FOIA requests referenced in the complaint in order to prepare a response to the complaint. This is defendant's first request for an extension. Counsel for plaintiff consent to defendant's request.

We thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Wendy H. Waszmer

WENDY H. WASZMER
Assistant United States Attorney
Telephone: (212) 637-2729
Facsimile: (212) 637-2717

*Application granted. Defendant's time to answer or otherwise respond to the complaint is extended to 8/6/08.*
*So ordered.*
*7/7/08   Robert P. Patterson USDJ*

cc: Charles D. Tobin, Esq. (By facsimile and first-class mail)
    Holland & Knight LLP
    2099 Pennsylvania Avenue, N.W.
    Suite 100
    Washington, DC 20006

    Corrine A. Irish, Esq. (By facsimile and first-class mail)
    Holland & Knight LLP
    195 Broadway - 24th Floor
    New York, New York 10007