UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URBAN RADIO I, L.L.C. | Hon. Robert P. Patterson |
| Plaintiff, | 08 Civ. 5176 |
| v. | **MOTION FOR PRO HAC VICE ADMISSION OF CHARLES D. TOBIN** |
| FEDERAL COMMUNICATIONS COMMISSION, | |
| Defendant. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Corrine A. Irish, a member in good standing of the bar of this court, hereby move for an Order allowing the admission *pro hac vice* of

> Charles D. Tobin
> Holland & Knight LLP
> 2099 Pennsylvania Ave., N.W.
> Suite 100
> Washington, D.C. 20006
> Telephone No.: (202)955-3000
> Facsimile: (202) 955-5564

to the bar of the Court and permitting him to serve as co-counsel for Plaintiff Urban Radio I, L.L.C.

There are no pending disciplinary proceeding against Charles D. Tobin in any State or Federal court.

Dated: July 17, 2008

Respectfully submitted,

By: _____
Corrine A. Irish (SDNY Bar No. ci1106)
Holland & Knight LLP
195 Broadway
New York, New York 10007

(212) 513-3200  Telephone
(212) 385-9010   Facsimile
Corrine.irish@hklaw.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

URBAN RADIO I, L.L.C.

                              Plaintiff,

v.

FEDERAL COMMUNICATIONS COMMISSION,

                              Defendant.

Hon. Robert P. Patterson

08 Civ. 5176

**AFFIDAVIT OF CORRINE A.
IRISH IN SUPPORT OF PRO
HAC VICE ADMISSION OF
CHARLES D. TOBIN**

CORRINE A. IRISH, being duly sworn, deposes and says:

1.     I am an associate with the firm of Holland & Knight LLP, attorneys for Plaintiff in the above captioned action.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Charles D. Tobin as counsel pro hac vice to represent Plaintiff in this matter.

2.     I was admitted to practice in the courts of the State of New York in 2005 and the Southern District of New York in 2008.  I am a member in good standing of the bar of each of those courts.

3.     Mr. Tobin is a partner with Holland & Knight LLP in our Washington, D.C. office who specializes in media and communications law.  He will act as co-counsel in this case.

54     Mr. Tobin is a member in good standing of the Bar of the District of Columbia having been admitted to that bar in 1997.  A certificate of good standing from the Bar of the District of Columbia is attached to Mr. Tobin's Verified Petition as Exhibit A.

6.    Mr. Tobin is a member in good standing of the Bar of the State of Florida, having

been admitted to that bar in 1989.  A certificate of good standing from the State Bar of Florida is

attached to Mr. Tobin's Verified Petition as Exhibit B.

WHEREFORE, I respectfully request that Charles D. Tobin be permitted to appear as

counsel and advocate in the above-captioned matter *pro hac vice*.


Dated: July *17*, 2008
New York, New York


Corrine A. Irish (SDNY Bar No. ci1106)



Sworn to before me on
this |7th day of July, 2008


Notary Public

FRANCINE CURCIO
Notary Public, State of New York
No. 31-4846622
Qualified in New York County
Commission Expires July 31, 200*9*


2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

URBAN RADIO I, L.L.C.

Plaintiff,

v.

FEDERAL COMMUNICATIONS COMMISSION,

Defendant.

Hon. Robert P. Patterson

08 Civ. 5176

**VERIFIED PETITION FOR PRO
HAC VICE ADMISSION OF
CHARLES D. TOBIN**

**CHARLES D. TOBIN,** being duly sworn, deposes and says:

1.     I am a partner in the law firm of Holland & Knight LLP, attorneys for the

plaintiff, Urban Radio I, L.L.C.  My business address is Holland & Knight LLP, 2099

Pennsylvania Ave., Suite 100, Washington, D.C. 20006.

2.     I was admitted to practice in the courts of the District of Columbia in 1997.  A

certificate of good standing issued by the District of Columbia Court of Appeals Committee on

Admissions is attached hereto as Exhibit A.

3.     I was admitted to practice in the courts of the State of Florida in 1989.  A

certificate of good standing issued by the Supreme Court of Florida is attached hereto as Exhibit

B.

4.     I have not been the subject of any disciplinary proceeding before any court or

administrative body.

5.     I certify that I have read and am familiar with the Local Rules of this District and

the Federal Rules of Civil Procedure.

6.     I declare under penalty of perjury that the foregoing is true and correct.

WHEREFORE, in view of the foregoing, and pursuant to Local Civil Rule 1.3(c), I respectfully request that the Court permit me to appear and participate in the above-captioned case *pro hac vice* as co-counsel for the plaintiff, Urban Radio I, L.L.C.

Dated: July 17, 2008
Washington, D.C.

Charles D. Tobin



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

CHARLES D. TOBIN

was on the   8TH   day of   AUGUST, 1997

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on July 9,
2008.

GARLAND PINKSTON, JR., CLERK

By: _M. Charles_
Deputy Clerk

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### CHARLES DAVID TOBIN

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **September 20, 1989,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this July 3, 2008.*

Clerk of the Supreme Court of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

URBAN RADIO I, L.L.C.

Plaintiff,

v.

FEDERAL COMMUNICATIONS COMMISSION,

Defendant.

Hon. Robert P. Patterson

08 Civ. 5176

**ORDER GRANTING PRO HAC VICE ADMISSION OF CHARLES D. TOBIN**

**THIS MATTER** having come before the Court upon the application of Corrine A. Irish, a member of the bar of this Court, for entry of an Order, pursuant to Local Civil Rule 1.3(c), permitting the appearance *pro hac vice* of Charles D. Tobin, an attorney of the District of Columbia and the State of Florida, on behalf of Plaintiff Urban Radio I, L.L.C., and the Court having considered the Affidavit of Ms. Irish, the Verified Petition of Mr. Tobin, and the consent of the party to Mr. Tobin's admission, and the representation for Mr. Tobin's *pro hac vice* having been met; and good cause having been shown;

**IT IS HEREBY ORDERED** on this _____ day of _____, 2008, that the application seeking permission *pro hac vice* of Charles D. Tobin so that he may appear and participate in this matter on behalf of Urban Radio I, L.L.C. is hereby granted; and it is

**FURTHER ORDERED** that Mr. Tobin shall abide by the Federal Rules of Civil Procedure, the Local Civil Rules and all disciplinary rules; and it is

**FURTHER ORDERED** that Mr. Tobin shall have all pleadings, briefs and other papers filed with the Court signed by an attorney of Holland & Knight who is a member of the bar of

this Court and who shall be held responsible for them and for the conduct of this case and of the

admitted attorneys therein.

_____

Hon., Robert P. Patterson
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

URBAN RADIO I, L.L.C.

                          Plaintiff,                          Hon. Robert P. Patterson

v.                                                            08 Civ. 5176

FEDERAL COMMUNICATIONS COMMISSION,        **CERTIFICATE OF SERVICE**

                          Defendant.

I hereby certify, pursuant to Title 28 U.S.C. § 1746, that on *July 17th*, 2008, I served a

copy of the Notice of Motion for Pro Hac Vice Admission of Charles D. Tobin with supporting

papers, and Proposed Order Granting Pro Hac Vice Admission of Charles D. Tobin, by first class

mail to:

> Federal Communications Commission
> Room 6-A471
> 445 12th St., SW
> Washington, DC 20554

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *July 17th*, 2008

                          Corrine A. Irish (SDNY Bar No. ci1106)