UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

URBAN RADIO I, L.L.C.

    Plaintiff,

v.

FEDERAL COMMUNICATIONS COMMISSION,

    Defendant.

Hon. Robert P. Patterson

08 Civ. 5176

**ORDER GRANTING PRO HAC VICE ADMISSION OF CHARLES D. TOBIN**

**THIS MATTER** having come before the Court upon the application of Corrine A. Irish, a member of the bar of this Court, for entry of an Order, pursuant to Local Civil Rule 1.3(c), permitting the appearance *pro hac vice* of Charles D. Tobin, an attorney of the District of Columbia and the State of Florida, on behalf of Plaintiff Urban Radio I, L.L.C., and the Court having considered the Affidavit of Ms. Irish, the Verified Petition of Mr. Tobin, and the consent of the party to Mr. Tobin's admission, and the representation for Mr. Tobin's *pro hac vice* having been met; and good cause having been shown;

**IT IS HEREBY ORDERED** on this 4th day of August, 2008, that the application seeking permission *pro hac vice* of Charles D. Tobin, so that he may appear and upon paying the required fee to the Clerk of the Court ~~participate in this matter on behalf of Urban Radio I, L.L.C. is hereby granted~~; and it is

**FURTHER ORDERED** that Mr. Tobin shall abide by the Federal Rules of Civil Procedure, the Local Civil Rules and all disciplinary rules; and it is

**FURTHER ORDERED** that Mr. Tobin shall have all pleadings, briefs and other papers filed with the Court signed by an attorney of Holland & Knight who is a member of the bar of

2

this Court and who shall be held responsible for them and for the conduct of this case and of the admitted attorneys therein.

*[signature]*
Hon., Robert P. Patterson
U.S.D.J.

2